IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHNATHAN BRAD PIPKIN

        Plaintiff,

v.                                          CIV No. 13-00089 LH/CG

CAROLYN W. COLVYN, Acting
Commissioner of the Social Security
Administration,

        Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on October 25, 2013. (Doc. 25). In the PFRD, the Magistrate Judge recommended that *Plaintiff's Motion to Reverse or Remand Administrative Agency Decision* on July 1, 2013, (Doc. 18), be granted and that this case be remanded to the Commissioner for further proceedings. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 25 at 19). No objections have been filed and the deadline of November 12, 2013 has passed.  The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that *Plaintiff's Motion to Reverse or Remand Administrative Agency Decision* is **GRANTED** and that this case be **REMANDED** to the Commissioner for further proceedings.

                                                  _____
                                                  SENIOR UNITED STATES DISTRICT JUDGE